IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JUN 20 2005

GREGORY C. LANGHAM
CLERK

Civil Action No. 05-cv-1121-RPM
Criminal Case NO. 03-cr-253 M

UNITED STATES OF AMERICA,

Plaintiff/Respondent,

v.

JOSE VIZCARRA-HERNANDEZ,

Defendant/Movant.

---

ORDER OF DISMISSAL

---

On June 16, 2005, Jose Vizcarra-Hernandez filed a motion under 28 U.S.C. §
2255 to vacate, set aside, or correct his sentence of 70 months on the ground that his
sentence was illegally enhanced in violation of rights protected by the Sixth Amendment
to the United States Constitution. He alleges that the maximum sentence for his crime
admitted by his plea of guilty was two years. The movant is not correct. He pleaded
guilty to a violation of 8 U.S.C. § 1326(b) and admitted to illegal re-entry after removal
subsequent to a conviction for a commission of an aggravated felony, making his
maximum sentence twenty years. The Indictment charged and the defendant admitted
his removal on or about November 18, 1999, subsequent to conviction of unlawful
possession with intent to distribute a controlled substance in the District Court, City and
County of Denver, Colorado, in Case No. 96Cr5064, an aggravated felony under 8
U.S.C. § 1101(a)(43). The guideline range was 57 to 71 months. Because the motion

and the files and records of the criminal case conclusively show that the prisoner is

entitled to no relief, it is

ORDERED that the motion is denied and the civil action dismissed.

DATED: June _20_, 2005.

BY THE COURT:

Richard P. Matsch, Senior District Judge

## CERTIFICATE OF SERVICE

Re: Case No.  03-CR-253-M

The undersigned certifies that a copy of the foregoing Order was served on June ___, 2005, by depositing the same in the United States Mail, postage prepaid, addressed to:

Jose Vizcarra Hernandez
Reg. No. 32063-013
Federal Correctional Institution
P.O. Box 6000
Florence, CO 81226-6000

U.S. Marshal

Probation

James Hearty
Asst. U. S. Attorney

Malora Bentz
Asst. Federal Public Defender

GREGORY C. LANGHAM, CLERK

By_____
       Deputy